# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2678 Disciplinary Docket No. 2 |
| | : | |
| WAYNE GORDON GRACEY | : | Board File No. C2-19-1059 |
| | : | |
| | : | (Court of Appeals of Maryland, Misc. |
| | : | Docket AG No. 20, September Term |
| | : | 2015) |
| | : | |
| | : | Attorney Registration No. 61103 |
| | : | |
| | : | (Lancaster County) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of February, 2020, upon consideration of the responses to a Notice and Order directing Wayne Gordon Gracey to provide reasons against the imposition of a disbarment reciprocal to that imposed by the Court of Appeals of Maryland, Wayne Gordon Gracey is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Pa.R.D.E. 217.